IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 93-7660
_____


JOHN S. JORDAN,

Petitioner-Appellant,

versus

EDWARD HARGETT, Superintendent,
Mississippi State Penitentiary,
ET AL.,

Respondents-Appellees.

_____

Appeal from the United States District Court for
the Northern District of Mississippi
_____

(May 15, 1995)


Before POLITZ, Chief Judge, REAVLEY, KING, GARWOOD, JOLLY,
HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE,
EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART and PARKER, Circuit
Judges.

PER CURIAM:

The panel ordered this case remanded to the district judge
to conduct his own evidentiary hearing before rejecting the
magistrate judge's findings on the credibility of the witnesses.
Jordan v. Hargett, 34 F.3d 310 (5th Cir. 1994).  Since vacating
the panel opinion, the en banc court is informed that the
attorney who defended Jordan in the state trial but did not
testify at the magistrate judge's hearing has now been located

and is prepared to contribute his testimony on the question of whether the defendant acceded to the attorney's advice in not testifying.  Because of the uncertainty of what may ultimately be determined to be the facts underlying the questions raised in this case, we conclude that we need not decide the questions of constitutional law discussed in the panel opinion.  The panel opinion remains vacated.  We remand to the district court for further proceedings.

Judgment of the District Court is VACATED and Case REMANDED.